IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| JESSE PAUL SKINNER, Plaintiff | |
| V. | CIVIL ACTION NO. _____ |
| BRYAN COLLIER<br>MATT GROSS<br>BILLY LEWIS<br>BRUCE JOHNSON<br>KENNETH HUTTO<br>JAMES KENT<br>BLAKE NORMAN<br>JEQUILLE REED<br>GEORGE JANSKY, JR<br>KRYSTEL HOHENBRINK<br>SAMUEL DOMINEY<br>CORA SIMS, AND<br>TEXAS DEPARTMENT OF CRIMINAL JUSTICE,<br>Defendants | MOTION FOR APPOINTMENT OF COUNSEL |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
AUG 0 3 2018
BY
DEPUTY _____

PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL
PURSUANT TO 28 U.S.C. §1915(e)(1)

TO THE HONORABLE JUDGE OF THE DISTRICT COURT:

Plaintiff, Jesse Paul Skinner, pro se, moves for an order appointing counsel on behalf of himself and (Class Members) in this case. In support of this motion, Plaintiff will show the court the following;

1. Plaintiff is unable to afford counsel. He has requested leave to proceed in forma pauperis on behalf of himself and on behalf of all similarly-situated persons at the (TDCJ-CID) Eastham Unit.

1.

2. Plaintiff's imprisonment will greatly limit his ability to litigate, The issues involved in this case are complex, and will require significate research and investigation. Without counsel, Plaintiff will not be able to fairly and adequately represent the interest of the class. Plaintiff have no interests contrary to those of the class members.

3. Plaintiff's purpose to seek (Representation) to represent Plaintiff and a class composed of all inmates who currently are, who in the future will be, incarcerated at the Eastham Unit, and who are subjected to (TDCJ's) policy and practice of failing to regulate Unconstitutional Conditions and the High apparent indoor temperature in the housing and facilities areas. Plaintiff is typical of class members.

4. A trial in this case will likely involve conflicting testimony, and counsel would better enable Plaintiff and class membersto present evidence and cross examine witnesses.

5. Plaintiff and subclass members have serious medical conditions that incraee our risk of heat-related illness, injury, or death (including, but not limited to, suffering from obesity, diabetes, hypertension, cardiovascular disease, psychiatric conditions, cirrhosis of the liver, chronic obstructive pulmonary disease, and asthma that will limit our ability to represent Plaintiff and class members.

WHEREFORE, Plaintiff prays that this Honorable Court grant his request that counsel be appointed to represent him and class members Constitutional Rights to be free of Cruel and Unusual Punishment.

Respectfully submitted,

/s/ Jesse P. Skinner
Jesse Paul Skinner, pro se
TDCJ# 599362/Eastham
2665 Prison Rd. #1
Lovelady, Texas 75851

## Certificate of service

42 U.S.C.A. §1746

I declare under penalty of purjury that the foregoing are true and correct, and that a copy of Plaintiff's motion for appointment of counsel was served on the Office of the Clerk Eastern District Court of Texas Lufkin Division on this 30 of July ,2018, by placing same in the (TDCJ) Mail System.

/s/ Jesse P. Skinner
Jesse P. Skinner

3.

Mr. Jesse P. Skinner
TDCJ# 599362/Eastham
2665 Prison Rd. #1
Lovelady, Texas 75851

July 30, 2018

Office of the Clerk
United States District Court
Eastern District of Texas
104 North Third Street
Lufkin, Texas 75901

RE: Jesse Paul Skinner V. Bryan Collier .et al, Plaintiff's
    Motion For Appointment of Counsel:

Dear Hon. Clerk:

Please find the original and one copy enclosed of Plaintiff's
Motion for Appointment of Counsel. Please inform Plaintiff
of any movement by the court.

Also, forward (Docket Sheet) to Plaintiff with the case
number in the above civil action.

I thank you for your time and attention to this matter!
I Await your response. I Remain.

Sincerely,

*Jesse P. Skinner*

Jesse P. Skinner
                pro se

cc/jps/apl/file

Jessie
Mr. Jesse P. Skinner
TDCJ# 599362/Eastham
2665 Prison Rd. #1
Lovelady, Texas 75851



NORTH TEXAS TX P&DC
DALLAS TX 750
30 JUL 2018 PM 9 L

Office of the Clerk
United States District Court
Eastern District of Texas
104 North Third Street
Lufkin, Texas 75901

75901-963135