Mr.Jesse P.Skinner
TDCJ# 599362/Eastham
2665 Prison Rd #1
Lovelady,Texas 75851

August 20 2018

The Clerk of the Court
Eastern District of Texas
104 North Third Street
Lufkin,Texas 75901

RE: Jesse Paul Skinner V Bryan Collier et al.
    Conditions of Confinement Violations:

Dear Clerk:

   The purpose of this inquiry is to request a (Docket Sheet)
along with the (Case File Number)?

This case is in need of a (Preliminary Injunction) to seek
immediate relief from irreparable injury. In order to do
so,Plaintiff is in need of the file number?

Also,so that any other party my (Interven or Joinder this
Claim).

I thank you for your time and attention to this matter!
I Await your response.I Remain.

Sincerely,

Jesse Paul Skinner
               Pro se


cc/jps/apl/file

Mr. Jesse P. Skinner
TDCJ# 599362/Eastham
2665 Prison Rd. #1
Lovelady, Texas 75851



NORTH TEXAS TX PSRC
DALLAS TX 750
23 AUG 2018 PM

Clerk of the Court
Eastrern District of Texas
104 North Third Street
Lufkin, Texas 75901

75901-983135