UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

Jesse Paul Skinner
Plaintiffs

V.

Bryan Collier et.al
Defendant

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SEP 10 2018
BY
DEPUTY_____

CIVIL ACTION NO.9:18-CV-00139-RC-KFG

MOTION FOR JOINER OF CLAIMS
(PURSUANT FED R. CIV.PRO.RULE (18)(a)

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Carl James Nichols, Plaintiff, pro se in the above styled numbered cause and files this Motion for Joiner of claims pursuant Fed.R.Civ.Pro.Rule (18(a) and
Movant would show as follows:

1). This motion is filed in the interest of justice and in good faith.
2). Mr.Skinner and myself and others have experienced the same living condition here at Eastham unit.

I.

Plaintiff is an inmate within the Texas Department of Corrections at Eastham Unit in Lovelady,Texas Houston County and at all times relevant to the matters claimed herein alleged specifically by the Harmed parties and Class members, in which Plaintiff is a party hereto therefore,Mr.Nichols alleges the same as plaintiff.
Mr.Nichols asserts that the living condition at Eastham unit is in violation of the 8th Amendment ;and based on the fact that Mr.Nichols experience as plaintiff Skinner this motion for joiner of claims is very necessary.

WHEREFORE AFTER PREMISES CONSIDERED ,movant prays that this motion is Granted naming movant a Plaintiff as a party and respective class member.

1).

CERTIFICATE OF SERVICE

I certify that a true copy of movant motion for joiner of claims was served to The Clerk of Court at 104 N.Third St ,Lufkin,Texas 75901 by U.S. mail On  9-5-18
                                          DATE

X CARL NICHOLS pro se

ORDER

THIS ORDER IS HEREBY

------------------------------------
JUDGE PRESIDING

Sept. 5, 2018

U.S. District Court
Eastern District
Lufkin Division
104 North Third
Lufkin, Texas 75901

          Re: Skinner v. Collier et. Al.
             Civil Action No. 9:18-cv-00139-RC-KFG

Dear Clerk,

Enclosed please find a Original of Plaintiff's Motion for Joiner of Claims, pursuant to Federal Rules of Civil Procedure, Rule 18(A). Please notify me upon receipt and filing of this paper (Motion), please. I thank you for your time and assistance in this important matter.

Respectfully,

Carl J. Nichols
#2047384
2665 Prison Rd. #1
Lovelady, Texas 75851

Carl J. Nichols
#AD417384
2665 Prison Rd. #1, Eastham Unit
Lovelady, Texas 75851

LEGAL MAIL

Clerk
U.S. District Court
Eastern District
Lufkin Division
104 N. Third
Lufkin, Texas 75901

