IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

JESSIE SKINNER, §
    PLAINTIFF §
vs. § CIVIL ACTION NO. 9:18-cv-00139
BRYAN COLLIER, ET AL. §
    DEFENDANTS §

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SEP 13 2018
BY
DEPUTY

PLAINTIFF'S MOTION FOR JOINER OF CLAIMS,
PURSUANT FEDERAL RULES OF CIVIL PROCEDURE, RULE 18(a)

TO THE HONORABLE JUDGE OF SAID COURT:

    COMES NOW, Cecil Max-George, Plaintiff, Pro se, in the above-entitled and numbered civil action, and files this, his Motion For Joiner Of Claims, pursuant to Rule 18(a), Fed.R.Civ.P.; and would show unto the Court the following:

I.

    Plaintiff is an inmate within the Texas Department of Criminal Justice-Eastham Unit, and at all times relevant to the matter claimed herein, alleged specifically by the harmed parties and class members; in which Plaintiff is a party hereto. Therefore, Plaintiff alleges the same:"That Eastham Unit officials intentionally and knowingly practice a pattern or custom of concocting or falsifying disciplinary infractions or cases against the offender population housed on the Eastham Unit; and the Eastham Unit officials intentionally and knowingly practice an unwritten policy or custom of discriminatory housing of White and Black/African-American offenders, who are similarly situated. Whereby, Plaintiff request declaratory and injunctive relief against the above named Defendants.

II.

    Plaintiff has exhausted his administrative remedies in filing his Step-1 and Step-2 TDCJ grievances.(See Grievance No(s). #2017097906 & #2017092037) Nevertheless, "A district court cannot by local rule sidestep Jones[1] by requiring inmates to affirmatively plead exhaustion",Carbe v. Lappin,492 F.3d 325, 328(5th Cir. 2007). See Jones v. Bock,549 U.S. 199, 212-17(2007). Therefore, Plaintiff's claims should be included as part of the above numbered civil action.

1.

Wherefore, premises considered, Plaintiff prays that this Court grant his Motion For Joiner Of Claims, naming Plaintiff as a party and respective class member.

Executed: September 8, 2018

Respectfully Submitted,

_____
Cecil Max-George, Plaintiff, Pro se
Eastham Unit, TDCJ# 1649987
2665 Prison Road #1
Lovelady, Texas 75851

I, Cecil Max-George, #1649987, declare under the penalty of perjury that the foregoing is true and correct. Pursuant to 28 U.S.C. § 1746.
Executed on this the 8th day of September, 2018.

_____
Cecil Max-George/Affiant

### CERTIFICATE OF SERVICE

I, Cecil Max-George, #1649987, certify that a true and correct copy of Plaintiff's Motion For Joiner Of Claims has been served by placing the same in the U.S. Mail, First Class, postage prepaid, on this the 8th day of September, 2018; addressed to: U.S. District Court, Eastern Dist. of Texas, Clerk of the Court, 104 N. Third St., Lufkin, Texas 75901, with instruction to serve Defendants due to inability to make copies or afford coping services.

_____

### ORDER

On this the _____ day of _____, 20_____, came unto to be heard Plaintiff's Motion For Joiner Of Claims, and it appears after due consideration the Motion should be:

Granted: _____

Denied: _____

And it is so Ordered.

_____
DISTRICT COURT JUDGE

_____
DATE

2.

```
CECIL MAX-GEORGE, #1649987
EASTHAM UNIT
2665 PRISON ROAD #1
LOVELADY, TEXAS 75851
```

NORTH TEXAS TX P&DC
DALLAS TX 750
10 SEP 2018 PM 3 L



LEGAL MAIL

```
UNITED STATES DISTRICT COURT
EASTERN DIST. OF TEXAS, LUFKIN DIV.
104 N. THIRD STREET
LUFKIN, TEXAS 75901
```

75901-983135