Mr. Jesse P. Skinner
TDCJ# 599362/Eastham
2665 Prison Rd. #1
Lovelady, Texas 75851

October 5, 2018

Office of the Clerk
USDC Eastern District of Texas
104 North Third Street
Lufkin, Texas 75901



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
OCT 11 2018
BY
DEPUTY _____

RE: JESSE P. SKINNER V. BRYAN COLLIER ET AL, Case No. 9:18-CV-00139,
    Request for Docket Sheet:

Dear Hon. Clerk,

   The purpose of this inquiry is to request a copy of the court's docket sheet in the above case number.


I Thank You For Your Time And Attention To This Matter!
I Await Your Response. I Remain.



Sincerely,

*Jesse P. Skinner*
Jesse P. Skinner,
              (PLA)


cc.
cj/jps/apl

Mr. Jesse P. Skinner
TDCJ# 599362/Eastham
2665 Prison Rd. #1
Lovelady, Texas 75851



NORTH TEXAS TX PNDC
DALLAS TX 753
08 OCT 2018 PM 8 L

Office of the District Clerk
USDC Eastern District of Texas
104 North Third Street
Lufkin, Texas 75901

75901-983135