UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

#1686823

Robert Charles Jackson
Plaintiff

vs.

Bryan Collier Director Executive
of TDCJ.I.D.
Defendant

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
OCT 18 2018
BY
DEPUTY_____

Civil Case No.
9:18-CV-00139

## Motion For Joinder of Claims
### Pursuant to Fed. Rules Civil Proc. Rule 18(a)

To The Honorable Judge of Said Court:

Comes Now Robert Charles Jackson Plaintiff, Pro Se, in the above numbered case and files this Motion for Joinder of Claims Pursuant to Rule 18(a) Federal Rules of Civil Procedure And would Show this Court the following:

### I.

Plaintiff is an inmate within Texas Department of Corrections on Eastham unit at this time in Lovelady TX. Houston County and at all times relevant to the matters claimed herin alleged specifically by the harmed parties and class members in which Plaintiff is a member. Plaintiff alleges the same issues effecting inmates here on Eastham of contaminated water of which he has to continue to consume and keeps getting sick from
See response from Collier 17-5656-02 and Robert Number 1701868230001
Also See Attachments And Exibits in Skinner V. Collier 9:18-CV-00139 which shows a history of 8th Amdt. Violations / Contaminated Water Issues on Eastham Unit 2665 Prison Rd. #1 Lovelady, TX 75851

Wherefore after premisses considered Plaintiff prays that this Court grants this Motion For Joinder of Claims naming above Plaintiff as a Respective member.

Executed: 10-12-18

Respectfully Submitted
Robert Charles Jackson #1686823

## UNSWORN Declaration

I Robert Charles Jackson #1686823 Being Presently incarcerated in the EAST ham unit (T.D.C.J.) in Lovelady TEXAS do declare under the Penalty of Perjury that the foregoing is True And Correct.

Executed on this 12th day octr 2018

## Order From Court

on this _____ DAY OF _____ 2018 Plaintiffs Motion for Joinder is before this Court to be Considered and After Consideration The Motion Should Be

Granted : _____

denied : _____

And it is so ordered

_____
Judge Presiding

10-12-18

Dear clerk:

Please do find enclosed Plaintiffs <u>Preliminary Injunction</u> and <u>Motion for Joinder of Claims</u> along with UNSWORN Declaration

Please do file these with the Federal Court For The Eastern District.?

Thank you mam/sir

Respectfully Submitted

10-12-18

Robert C Jackson #1686823

Robert C. Jackson #1686823
Eastham unit.
2665 Prison Rd #1
Lovelady TX 75851-0016

Mr. Robert C. Jackson #1688623
East Ham Unit
2665 Prison Rd #1
Lovelady, TX 75851

CLERK OF:
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
104 N. 3rd ST.
LUFKIN, TX. 75901

NORTH TEXAS TX PDC
DALLAS TX 750
15 OCT 2018 PM 9 L