Mr.Jesse P.Skinner
TDCJ# 599362/Eastham
2665 Prison Rd.#1
Lovelady,Texas 75851

November 28,2018

Clerk of the Court
United States District Court
Eastern District of Texas
104 North Third Street
Lufkin,Texas 75901



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

DEC 0 3 2018

BY
DEPUTY_____

RE: Jesse Paul Skinner V. Bryan Collier,et al, 9:18-CV-00139,
ORDER TO SHOW CAUSE FOR AN PRELIMINARY INJUNCTION AND
TEMPORARY RESTRAINING ORDER/DOCKET SHEET REQUESTED:

Dear Hon.Clerk:

   The purpose of this inquiry is to accomplish a (Order)
on Plaintiff's Motion for preliminary injunction and
temporary restraining order against (Defendants (listed))
in said motion. Plaintiff's Motion for Preliminary Injunction and
Restraining Order was filed November 9,2018,requesting that
(Immediate action be taken).

Furthermore, Plaintiff requested a (Docket Sheet in case No.
9:18-CV-104 Skinner V. Davis) and have not received a
response. Plaintiff request was filed or mailed October 22,
2018. Is there a problem with filing Plaintiff's request?

I am requesting that action be taken on both requests as
soon as possible,or inform Plaintiff of why his requests
cannot be filed?

I thank you for your time and attention to this matter!
I await your response. I Remain.

Sincerely,
Jesse P. Skinner
Jesse P.Skinner (PLA)

cc/   Fifth Circuit Court of Appeals
      jps/apl
      file

Mr. Jesse P. Skinner
TDCJ# 599362/Eastham
2665 Prison Rd. #1
Lovelady, Texas 75851



Clerk of the Court
United States District Court
Eastern District of Texas
104 North Third Street
Lufkin, Texas 75901