IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| JESSE PAUL SKINNER, and all similarly situated Plaintiffs | X x | |
| V. | X | CIVIL ACTION No.9:18-CV-139 |
| BRYAN COLLIER MATT GROSS BILLY LEWIS BRUCE JOHNSON KENNETH HUTTO JAMES KENT BLAKE NORMAN JEQUILLE REED GEORGE JANSKY.JR KRYSTEL HOHENBRINK SAMUEL DOMINEY CORA SIMS KENNETH RAGLAND JUSTIN MCKIGHT ALVIN PERRY JOHN STUBBLEFIELD, and TEXAS DEPARTMENT OF CRIMINAL JUSTICE Defendants | X X X X X X X X X X | **DEMAND FOR JURY TRIAL** |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
DEC 26 2018
BY
DEPUTY_____

PLAINTIFF'S MOTION FOR LEAVE TO FILE
AN AMENDED COMPLAINT

    Plaintiff, Jesse Paul Skinner, pro se, pursunat to Rule 15(a) and 19(a) Federal Rule of Civil Procedures, requests leave to file an Amended Complaint adding parties.

    1. The Plaintiff in his original complaint did not name these defendants to the complaint due to the delay by the Defendants in resolving the institutions grievance procedure. See attached (Step-two grievance No.2018143333, marked as (Exhibit #1))

Page 1.

aginst Defendants Kenneth Ragland.Lt,Justin McKight.Sgt,Alvin Perry.Sgt, and Defendant John Stubblefield.Captain in grievance No. 2018095001.

2. The Plaintiff's complaint in paragraph-section (I) Retaliation, reflect the actions of Defendants Kenneth Ragland,Justin McKight,Alvin Perry,all sued in their Individual Capacity.

3. The Plaintiff's complaint in paragraphs-sections (I) and (J) Retaliation and Equal Protection Violations reflect the actions of Defendant John Stubblefield,sued in his Official Capacity.

4. The Plaintiff make the **Demand For Jury Trial** at this time in amending the complaint.

5. This Honorable Court should grant leave freely to amend a complaint. Foman V. Davis, 371 U.S. 178,182 (1962).

WHEREFORE, Plaintiff prays that this Honorable Court grant his requests to Amend his Complaint to add Defendants and request for Jury Demand.

RESPECTFULLY SUBMITTED,

*/s/ Jesse P. Skinner*
Jesse Skinner,Pro se
TDCJ #599362/Eastham
2665 Prison Rd.#1
Lovelady,Texas 75851

28 USCA § 1746,
42 I declare under penalth of purjury that the foregoing are true and correct to my persona knowledge. Executed on this 17th of December 2018.

*/s/ Jesse P. Skinner*
Jesse P.Skinner

Page 2.



# Texas Department of Criminal Justice
## STEP 2     OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2018143333 |
| UGI Recd Date: | JUN 19 2018 |
| HQ Recd Date: | JUN 22 2018 |
| Date Due: | 7.29 |
| Grievance Code: | 815 |
| Investigator ID#: | IT364 |
| Extension Date: | 09.07 |

**Offender Name:** MR. Jesse P. Skinner    **TDCJ #** 599362
**Unit:** Eastham-09    **Housing Assignment:** ~~D-2-3~~ P-3-12
**Unit where incident occurred:** Eastham 09

Appealing Grievance No. 2018143333/Code 815

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*

I am dissatisfied with the response of the step one grievance because:

1. The Warden filed to file this complaint with the (TDCJ-CID) Risk Management pretaining to my complaint of unsafe act by the parties mentioned in this grievance.

2. This grievance is not a complaint against the conditions of confinement as documented under the grievance Code 815. This is a (Safety Issue-526) and a (Americans with Disabilities Act-004) claim that all parties failed to make or provide the appropriate accommodations for individuals with lifting, walking, standing, bending, performing manual tasks, working, and with respiratory disabilities on not being able to carry their property to the (Shake-down) area resulted in me re-injuring my left-shoulder and cervical spine area on May 23, 2018. In violation of (TDCJ-CID) AD.10.20 and ED.10.61 Safety Policies, and 42 US.C.A. 12102(1),(2) Americans with Disabilities Act, cruel and unusual punishment.

3. I am incorporating my step one grievance complaint in to this step two appeal. In I am requesting that a further inquisition be conducted in to my complaint.

Attachment-Step One Grievance.

cc/jps

**I-128 Front** (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

Appendix G

Mr. Jesse P. Skinner
TDCJ# 599362/Eastham
2665 Prison Rd. #1
Lovelady, Texas 75851

December 17, 2018

Office of the Clerk
United States District Court
of Texas Eastern District
104 North Third Street
Lufkin, Texas 75901

RE: Jesse P. Skinner V. Bryan Collier, et al Case No. 9:18-00139.
    **Plaintiff's Motion To Amend Complaint:**

Dear Clerk,

    Please find enclosed original and one copy of Plaintiff's Motion To Amend Complaint to add <u>Parties</u> and <u>Request for Jury Demand</u>. File all material with the Court for consideration.

I thank you for your time and assistance with this matter.
I await your response. I Remain.

Sincerely,

*/s/ Jesse P. Skinner*
Jesse P. Skinner, Pro se

enclosure/file

Mr. Jesse P. Skinner
TDCJ# 599362/Eastham
2665 Prison Rd. #1
Lovelady, Texas 75851



NORTH TEXAS TX P&DC
DALLAS TX 750

Clerk of the Court
United States district Court
Eastern district of Texas
104 North Third Street
Lufkin, Texas 75901

75901-983135