IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| JESSE PAUL SKINNER | § | |
| VS. | § | CIVIL ACTION NO. 9:18-cv-139 |
| BRIAN COLLIER, ET AL. | § | |

### REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

Jesse Paul Skinner, an inmate at the Goree Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights lawsuit. This matter was referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636 for conclusions of law, and recommendations for the disposition of the case.

Plaintiff has filed a motion requesting a preliminary injunction (Doc. #135.). Plaintiff asks that Defendants not be permitted to expose him to extreme high temperature conditions.

At the time Plaintiff filed his Complaint and his Motion, he was incarcerated at the Wainwright Unit. He subsequently notified the court that he has been transferred to the Goree Unit (Doc. # 156.).

A transfer to another correctional facility renders a claim for injunctive relief based on conditions at a litigant's former correctional facility moot. *Herman v. Holiday*, 238 F.3d 660, 665 (5th Cir. 2001); *Tuft v. The State of Tex.*, 410 F. App'x 770, 778 (5th Cir. 2011). As Plaintiff has been transferred since he filed his motion, his request for a preliminary injunction should be denied as moot.

### Recommendation

Plaintiff's motion requesting a preliminary injunction should be denied as moot.

<u>Objections</u>

Within 14 days after receipt of the magistrate judge's report, any party may serve and file written objections to the findings of facts, conclusions of law and recommendations of the magistrate judge. 28 U.S.C. § 636 (b)(1)(C).

Failure to file written objections to the proposed findings of facts, conclusions of law and recommendations contained herein within 14 days after service shall bar an aggrieved party from *de novo* review by the district court of the proposed findings, conclusions and recommendations and from appellate review of factual findings and legal conclusions accepted by the district court except on grounds of plain error. *Douglass v. United Servs. Auto. Ass'n,* 79 F.3d 1415, 1429 (5th Cir. 1996) *(en banc)*; 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

**SIGNED this the 2nd day of March, 2023.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE